**Mustafa H. SA'ID, Plaintiff–Appellant,**

v.

**FAIRFAX COUNTY GOVERNMENT CENTER, et al; Best Buy, Inc.; County of Fairfax Police Department, et al; D.A. Crooke, Sergeant, individually; J. Thomas Manger, Colonel, individually; Eric Hante, Officer, individually; Brian J. McAndrew, Lieutenant, individually; Leon G. Williams, Major; Thomas Ryan, Captain, individually; Arthur J. Hurlock, Jr., individually; Thomas E. Tyman, individually; Charles K. Peters, Captain, individually; Williams Audrey M. Slyman, Major, individually; Commonwealth of Virginia, et al, Workers Compensation Commissioners; Susan A. Cummins, individually, Defendants–Appellees.**

**No. 01–1970.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 11, 2001.

Mustafa H. Sa'id, pro se. Ann Gouldin Killalea, County Attorney's Office, Fairfax, VA; Louis Edward Matthews, Jr., Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WIDENER, WILLIAMS and TRAXLER, Circuit Judges.

PER CURIAM.

Mustafa H. Sa'id appeals the district court's orders dismissing several Defendants in this civil action, prohibiting discovery by Sa'id pending further order of the court, and directing Sa'id to appear for a hearing. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*